ARENT FOX LLP
Christopher J. Giaimo (CJG-2260)
Aiesha L. Battle (ALB-1169)
1675 Broadway, 34th Floor
New York, New York 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990
        and
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone:   (202) 857-6415
Facsimile:   (202) 857-6395
giaimo.christopher@arentfox.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GENERAL CAPITAL PARTNERS, LLC                    CASE NO: 07 CIV 4089 (KMK)

                              Plaintiff,                    **7.1 DISCLOSURES**
                                                                       **STATEMENT**
        - against –

Liberty Ridge, LLC (f/k/a American Heritage
Communities/Liberty Village, LLC)
                                        Defendant.
-------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Local Civil Rules of the United States District Courts for the

Southern and Eastern Districts of New York and to enable judges and magistrates of the Court to

evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff

General Capital Partners, LLC certifies that there are no corporate parents, subsidiaries, or

NYC/334301.1

affiliates of that party, securities or other interests in which are publicly held.

|  |  |
|---|---|
| Dated: May 25, 2007 | ARENT FOX LLP<br><br>By: _____<br>Christopher J. Giaimo (CJG-2260)<br>Aiesha L. Battle (ALB-1169<br>1675 Broadway, 34th Floor<br>New York, New York 10019<br>Telephone:    (212) 484-3900<br>Facsimile:    (212) 484-3990<br>          and<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339<br>Telephone:    (202) 857-6415<br>Facsimile:    (202) 857-6395<br>giaimo.christopher@arentfox.com<br>*Attorneys for General Capital Partners, LLC* |

NYC/334301.1