Affidavit of Service
**United States District Court**
**Southern District of New York**
Case Number: 07 CIV 4089

General Capital Partners, LLC
Plaintiff

vs.

Liberty Ridge, LLC, f/k/a American Heritage Communities/Liberty Village, LLC
Defendant

The undersigned being duly sworn, states:
I am over the age of 18 years old and not a party to the above named entitled action.

**I MADE SERVICE OF:** Summons and Complaint with Exhibits

**SERVICE ON:** Liberty Ridge, LLC, f/k/a American Heritage Communities/Liberty Village, LLC
c/o Corporation Service Company, R/A

**ADDRESS:** 11 South 12th Street, Richmond, VA

**DATE SERVED:** June 7, 2007  **TIME SERVED:** 1:44 PM

**(xx)** DELIVERED TO PERSON FOUND IN CHARGE OF USUAL PLACE OF BUSINESS OR EMPLOYMENT DURING BUSINESS HOURS AND GIVING INFORMATION OF ITS PURPORT.

Rene Nordquist, Authorized Recipient

*Comments pertaining to this service:*
DESCRIPTION:
AGE: 36, SEX: F, RACE: W, HEIGHT: 5'8", WEIGHT: 160, HAIR: BRN, EYES, GRN, GLASSES-Y

I declare under penalty of perjury that the Return is true and correct.

_____  Date June 8, 2007
D.M. Hester Sr.
Hester Process Service, Inc.
5015 Gravelbrook Drive
Richmond, VA 23234
Bus: (804) 271-0298
**Job #: 20087**

SUBSCRIBED AND SWORN TO before me a notary public, Friday, June 8, 2007.
In the County of Chesterfield and the Commonwealth of Virginia.

_____
Donna F. Hester, NOTARY PUBLIC
My Commission Expires November 30, 2008

Index No. 07 CIV 4089 Judge Karas
Attorney: Arent Fox
        Christopher J. Giaimo, Esq.
Order No.

United States District Court
<u>Southern District of New York</u>
General Capital Partners, LLC

                  Plaintiff

                          **ALL PAPERS SERVED CONTAINED**
    vs.                     **THE INDEX NUMBER AND DATE FILED**

Liberty Ridge, LLC (f/k/a American Heritage
Communities/Liberty Village, LLC)

                  <u>Defendant</u>
State of New York, County of Albany

    Jerry Joseph, being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York, and is not a party to this action.

    That on the **4th** day of **June, 2007**, at 2:00 P.M., at the office of the Secretary of State of the State of New York, in the City of Albany, New York, he served the annexed summons in a civil case and complaint **upon**

**Liberty Ridge, LLC,** the defendant

in this action, by delivering to and leaving with Carol Vogt
Description: Female   White   Brown Hair   38 Years   5'2"   110 Lbs.

[xxxx]  A Clerk in the office of the Secretary of State of the State of New York, one [1] copy thereof and at the time of making such service, deponent paid said Secretary of State, a fee of $ 40.00. That said service was made pursuant to Section 304, NYS Limited Liability Company Law. An additional copy of said papers was mailed to the defendant, at it's current registered agent-registered address, by registered mail, return receipt requested, to:
                      **Liberty Ridge, LLC**
                 **1300 Mount Kemble Avenue**
              **Morristown, New Jersey  07962**

on the **5th** day of **June, 2007**, together with notice thereof.
**Registered Mail No. RR 597180519 US.**

    Deponent further says that he knew the person as aforesaid to be the Clerk in the office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
5th day of June, 2007

                                      Jerry Joseph
                        Diversified Corporate Services Int'l. Inc.
                            41 State Street, Suite 401
                            Albany, New York  12207

Deborah J. Smith
Notary Public, State of New York
Qualified in Albany County
Commission Expires April 04, 2009



Index No. 07 CIV 4089 Judge Karas
Attorney: Arent Fox
Christopher J. Giaimo, Esq.
Order No.

United States District Court
<u>Southern District of New York</u>
General Capital Partners, LLC

                   Plaintiff

      Vs.                **NOTICE OF SERVICE OF**
                              **PROCESS UNDER SECT. 304 LLCL**

Liberty Ridge, LLC (f/k/a American Heritage
Communities/Liberty Village, LLC)

                   Defendant

To: **Liberty Ridge, LLC**
    1300 Mount Kemble Avenue
    Morristown, New Jersey  07962


    **PLEASE TAKE NOTICE,** that on the **4th** day of **June, 2007,** a Summons in a Civil Case and Complaint with Exhibits, relating to the above captioned action, was served upon **Liberty Ridge, LLC,** a foreign limited liability company, not authorized to do business in the State of New York, by service upon the Secretary of State of the State of New York, pursuant to Section 304 of the Limited Liability Law of the State of New York; together with all statutory fees.

    A copy of said Summons in a Civil Case and Complaint with Exhibits is attached hereto and sent to you in compliance with Section 304 of the Limited Liability Company Law of the State of New York.


Dated: June 05, 2007


                                               Arent Fox
                                      Attorneys for Plaintiffs

                                    1675 Broadway, 34th Floor
                                    New York, New York  10019
                              Att: Christopher J. Giaimo, Esq.
                                        [212] 484-3900
                                      FAX [212] 484-3990

Aiesha L. Battle (ALB-1169)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Fax (212) 484-3990

Christopher J. Giaimo (CJG-2260)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20039
(202) 857-6000
Fax (202) 857-6395

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC,<br><br>          Plaintiff,<br><br>-against-<br><br>LIBERTY RIDGE, LLC (F/K/A AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC),<br><br>          Defendants. | Case No.: 07 CIV 4089 (KMK)<br><br>**AFFIDAVIT OF SERVICE** |

DISTRICT OF COLUMBIA ) ss:

      CHRISTOPHER J. GIAIMO, sworn, states as follows:

      1.    I am not a party to the within action, I am over the age of 18 years and I am a partner with the firm of Arent Fox LLP, counsel to the Plaintiff in the above-referenced action, with offices located at 1050 Connecticut Ave., N.W., Washington, D.C. 20036 and 675 Broadway, New York, New York 10019.

      2.    On June 12, 2007, I caused to be served true and correct copies of the Summons and Complaint in the above-captioned action upon the following by first-class Federal Express Overnight Delivery to the addresses listed below:

            Herbert Kaiser
            American Heritage Communities
            14 Edgewood Road
            Rumson, NJ  07760

            Jerry Falwell, Jr.
            Liberty University
            1971 University Blvd.
            Lynchburg, VA  24502

_____
Christopher J. Giaimo

Sworn to before me this
13th day of June 2007

_____
Notary Public

Jennifer M. Freeman
Notary Public, District of Columbia
My Commission Expires 11/14/2011

Aiesha L. Battle (ALB-1169)
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Fax (212) 484-3990

Christopher J. Giaimo (CJG-2260)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20039
(202) 857-6000
Fax (202) 857-6395

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>LIBERTY RIDGE, LLC (F/K/A AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC),<br><br>Defendants. | Case No.: 07 CIV 4089 (KMK)<br><br>**AFFIDAVIT OF SERVICE** |

DISTRICT OF COLUMBIA ) ss:

    CHRISTOPHER J. GIAIMO, sworn, states as follows:

    1.    I am not a party to the within action, I am over the age of 18 years and I am a partner with the firm of Arent Fox LLP, counsel to the Plaintiff in the above-referenced action, with offices located at 1050 Connecticut Ave., N.W., Washington, D.C. 20036 and 675 Broadway, New York, New York 10019.

    2.    On June 5, 2007, I caused to be served true and correct copies of the Summons and Complaint in the above-captioned action upon the following by first-class Federal Express Overnight Delivery to the addresses listed below:

    Robert Gibbs
    Liberty Ridge, LLC
    1300 Mt. Kemble Ave.
    Morristown, NJ 07962

    Jerry Falwell, Jr.
    Liberty Ridge, LLC
    1300 Mt. Kemble Ave.
    Morristown, NJ 07962

                                                                                                    _____
                                                                                                    Christopher J. Giaimo

Sworn to before me this
12th day of June 2007
_____
Notary Public

Jennifer M. Freeman
Notary Public, District of Columbia
My Commission Expires 11/14/2011