KARAS, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

------------------------------------------------------------X
General Capital Partners, LLC,

                Plaintiff,

       - against -

LIBERTY RIDGE, LLC (f/k/a American Heritage
Communities (Liberty Village, LLC),

                Defendant.
------------------------------------------------------------X

**STIPULATION**

07 Civ. 4089 (KMK)

      **IT IS HEREBY STIPULATED & AGREED** by the undersigned counsel that the time to answer or otherwise respond to the Complaint in the above-captioned matter is adjourned to July 9, 2007. This is the first adjournment of Defendant's time to respond to the complaint.

      **IT IS FURTHER STIPULATED & AGREED** that the Defendant has been properly served and waives any objections to lack of proper service to any and all claims and/or causes of action that have been or may be asserted by the Plaintiff.

Dated: July 3, 2007

ARENT FOX LLP

By: _____
     Christopher Giaimo (CJG 2260)
*Attorneys for Plaintiff*
1675 Broadway
New York, New York 10019
(212) 484-3900

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
     Matthew G. Parisi (MGP 2188)
*Attorneys for Defendant*
One North Lexington Avenue
White Plains, New York 10601
(914) 949-2700

SO ORDERED:

SO ORDERED:
_____
U.S.D.J.
7/9/07