```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL CAPITAL PARTNERS, LLC,

                  Plaintiff,

-v-

LIBERTY RIDGE, LLC,

                  Defendant.

Case No. 07-CV-04089 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

WHEREAS, at a conference on August 9, 2007, the Defendant expressed an interest in filing a motion to transfer venue of this action, and

WHEREAS, the Court had previously stayed Defendant's time to Answer until August 9, 2007, it is hereby

ORDERED that Defendant should file its motion, if it chooses to file at all, by August 23, 2007. Defendant's time to Answer the Complaint is stayed until August 23, 2007.

SO ORDERED.

Dated:     August 9, 2007
             New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE