THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBERTY RIDGE, LLC (f/k/a AMERICAN ) <br> HERITAGE COMMUNITY/LIBERTY ) <br> VILLAGE, LLC) ) <br> ) <br> Defendant ) <br> ) | CIVIL ACTION <br> FILE NO. 1:07-CV-4089 (kmk/dfe) <br><br> **NOTICE OF MOTION** <br> **TO DISMISS** <br><br> ECF CASE |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Matthew G. Parisi dated August 23, 2007, the exhibits attached thereto and the accompanying Memorandum of Law, Defendant Liberty Ridge, LLC will move the Court, before the Hon. Kenneth M. Karas on September _____, 2007, at _____ a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to 28 U.S.C. § 1406 (a) dismissing this matter or, in the alternative, transferring venue of the claims of Plaintiff General Capital Partners, LLP to the United States District Court for the Western District of Virginia, Lynchburg Division, and for such other and further relief as to the Court seems just and proper.

        Respectfully submitted,

        BLEAKLEY PLATT & SCHMIDT LLP

By:    /s/ Matthew G. Parisi
        Matthew G. Parisi (MP 2188)
        *Co-Counsel for defendant Liberty Ridge, LLC*
        One North Lexington Ave.
        White Plains, NY 10601
        Telephone: 914.287.6184

        WILLIAMS MULLEN
        A Professional Corporation
        W. Scott Street, III (pending pro hac application)
        A. Peter Brodell (pending pro hac application)
        Samuel T. Towell (pending pro hac application)
        *Co-Counsel for defendant Liberty Ridge, LLC*
        1021 E. Cary St., 17th Floor
        P. O. Box 1320
        Richmond, Virginia  23218-1320
        Telephone: 804.643.1991