# Exhibit 1

JUN.16.2005  10:26AM   CSC                                           NO.371   P.6/7

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, JUNE 2, 2005

The State Corporation Commission has found the accompanying articles submitted on behalf of

American Heritage Communities/Liberty Village, LLC

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective June 2, 2005.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Commissioner

DLLCACPT
CIS0345
05-06-27-4247

Received  16-Jun-2005  10:18am   From-6008827208   To-McELROY Deutsch Mulv   Page 006

JUN.16.2005  10:25AM   CSC                                              NO. 371   P.4/7



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

*Richmond, June 2, 2005*

*This is to certify that the certificate of organization of*

**American Heritage Communities/Liberty Village, LLC**

*was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date: June 2, 2005*



*State Corporation Commission*
*Attest:*

*Clerk of the Commission*

CIS0345

Received  16-Jun-2005  10:18am   From-8098827208   To-McELROY Deutsch Mulv   Page  004

JUN.16.2005  10:26AM    CSC                                    NO.371    P.7/7

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

The foregoing is a true copy of all business entity documents on file in the Clerk's Office of the Commission relating to American Heritage Communities/Liberty Village, L.L.C, a Virginia limited liability company.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*June 10, 2005*

*Joel H. Peck*, Clerk of the Commission

CIS0502

Received  16-Jun-2005  10:18am    From-6086627208    To-McELROY Deutsch Mulv    Page 007

# Commonwealth of Virginia



## State Corporation Commission

*I Certify the Following from the Records of the Commission:*

A certificate of organization was issued by the Commission to American Heritage Communities/Liberty Village, LLC, a limited liability company formed under the laws of VIRGINIA, effective as of June 02, 2005.

As of the date below, articles of cancellation have not been filed in this office by American Heritage Communities/Liberty Village, LLC, a Virginia limited liability company.

Nothing more is hereby certified.



*Signed and Sealed at Richmond on this Date:*
*July 7, 2006*

*Joel H. Peck, Clerk of the Commission*

CIS0448