Washington, DC   New York, NY   Los Angeles, CA

# Arent Fox

September 24, 2007

VIA HAND DELIVERY

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

**Christopher J. Giaimo**
Attorney
202.775.5774 DIRECT
202.857.6395 FAX
giaimo.christopher@arentfox.com

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/25/07]*

07 CV 4089 (RJS)

Re:   General Capital Partners, LLC v. Liberty Ridge, LLC, 1:07-CV-089

Dear Judge Sullivan:

This firm represents General Capital Partners, LLC ("GCP") in the above-referenced matter. Due to a previously scheduled court hearing, the undersigned will be unable to attend the status conference currently set for September 27, 2007 at 11:00 a.m. (the "Status Conference"). Accordingly, pursuant to Procedure 1(E) of Your Honor's Individual Practices, the undersigned respectfully requests an adjournment of the Status Conference to a date and time of the Court's earliest convenience.

There has been no previous request for an adjournment of the Status Conference and counsel for Defendant, Liberty Ridge, LLC, has consented to this request.

Respectfully submitted,

*[signature]*

Christopher J. Giaimo

cc:   Matthew G. Parisi, Esq. (via email)

*[Handwritten: Adjourned to October 3, 2007 @ 3pm.
So ordered.
[signature]
9/25/07]*