UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**General Capital Partners, LLC,**
              **Plaintiff,**

    -v-

**Liberty Ridge, LLC,**
                **Defendant.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|24|07

Case No. 07 Civ. 4089 (RJS)(DFE)

REFERRAL ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Eaton for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* <br> _____ <br> _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| **X** | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion:_____ <br> _____ <br><br> All such motions: ___ |

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
                  10/23/07

RICHARD J. SULLIVAN
United States District Judge