THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITY/LIBERTY VILLAGE, LLC)<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 1:07-CV-4089 (rjs/dfe)<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Liberty Ridge, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: White Plains, New York
       October 24, 2007

BLEAKLEY PLATT & SCHMIDT, LLP

By:     s/ Matthew G. Parisi
        Matthew G. Parisi (MP 2188)
Bleakley Platt & Schmidt LLP
*Co-Counsel for defendant Liberty Ridge, LLC*
One North Lexington Ave.
White Plains, NY 10601
Telephone: 914.287.6184

W. Scott Street, III (pending pro hac application)
A. Peter Brodell (pending pro hac application)
Samuel T. Towell (pending pro hac application)
WILLIAMS MULLEN
A Professional Corporation
*Co-Counsel for defendant Liberty Ridge, LLC*
1021 E. Cary St., 17th Floor
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone:    804.643.1991