AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

PLAINTIFF

GENERAL CAPITAL PARTNERS

V. DEFENDANT AND THIRD PARTY PLAINTIFF

LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITY/LIBERTY VILLAGE, LLC)

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07cv4089

V. THIRD PARTY DEFENDANT

LIBERTY HERITAGE ASSOCIATES, INC.

NOV 30 2007

To: Name and address of Third Party Defendant

LIBERTY HERITAGE ASSOCIATES, INC.
c/o Corporation Service Co.
11 S. 12th Street, P.O. Box 1463
Richmond, VA 23218

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Christopher Giaimo<br>1675 Broadway<br>New York, New York 10019 | Bleakley Platt & Schmidt LLP<br>One North Lexington Avenue<br>White Plains, New York 10601 |

an answer to the third-party complaint which is served on you with this summons, within ___30___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*J. Michael McMahon*
CLERK

OCT 31 2007
DATE

(By) DEPUTY CLERK

Index # 07 cv 4089
Purchased/Filed: October 31, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

General Capital Partners, LLC          Plaintiff

against

Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC)          ant

STATE OF NEW YORK  )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female

Hair color: Brown   Other:

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 2, 2007___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

___Third-Party Summons & Complaint___ on

___Liberty Heritage Associates Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, one (1) true copy thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §307___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

__2nd__ day of ___November, 2007___

_(signature)_
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_(signature)_
Robin Brandow

**Invoice•Work Order #** 0722554

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JACKSON PLATT & SCHMIDT
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601-1700

Attn: M. Paresi, Esq.

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation
Service Co.
11 S. 12th St.
P.O. Box 1463
Richmond, VA 23218

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7001 0320 0005 0021 3794

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540