**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
88 Pine Street
24th Floor
New York, New York 1005
Tel: (212) 483-9490

Attorneys for Third-Party Defendant,
Liberty Heritage Associates, Inc.

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GENERAL CAPITAL PARTNERS, LLC,** : | : **CIVIL ACTION** |
| **Plaintiff,** : | : **FILE NO. 07-4089 (RJS/DFE)** |
| **v.** : | : |
| **LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC),** : | : **CERTIFICATION OF SERVICE** |
| **Defendant/Third-Party Plaintiff,** : | : **Document Electronically Filed** |
| **v.** : | : |
| **LIBERTY HERITAGE ASSOCIATES, INC.** : | : |
| **Third-Party Defendant.** : | : |

   I, Brian Carey, hereby certify that, on this date, I caused Third-Party Defendant Liberty Heritage Associates' Answer and this Certification of Filing and Service to be filed with the Clerk, United States District Court, Southern District of New York and all counsel of record via ECF filing.

/s/ Brian Carey_____
Brian Carey, Esq.
John P. Leonard (pending pro hac vice application)
Scott S. Flynn (pending admission to SDNY)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street
24th Floor
New York, New York 1005
Tel: (212) 483-9490
Fax: (212) 483-9129
Email: Bcarey@mdmc-law.com
Email: Jleonard@mdmc-law.com
Email: Sflynn@mdmc-law.com

Attorneys for Third-Party Defendant,
Liberty Heritage Associates, Inc.

DATED: December 5, 2007