**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
88 Pine Street
24th Floor
New York, New York 1005
Tel: (212) 483-9490

Attorneys for Third-Party Defendant,
Liberty Heritage Associates, Inc.

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GENERAL CAPITAL PARTNERS, LLC,** | **CIVIL ACTION** |
| Plaintiff, | **FILE NO. 07-4089 (RJS/DFE)** |
| v. | |
| **LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC),** | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant/Third-Party Plaintiff, | **Document Electronically Filed** |
| v. | |
| **LIBERTY HERITAGE ASSOCIATES, INC.** | |
| Third-Party Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the following corporate interests of Third-Party Defendant Liberty Heritage Associates, Inc. are disclosed:

1. Parents:                          None

2. >10% Corporate Owners:            None

                    By:    /s/ Brian Carey_____
                              Brian Carey (BC8041)
                              McElroy, Deutsch, Mulvaney & Carpenter, LLP
                              88 Pine Street
                              24th Floor
                              New York, New York 1005
                              Tel: (212) 483-9490
                              Fax: (212) 483-9129
                              Email: Bcarey@mdmc-law.com

                              Attorneys for Third-Party Defendant,
                              Liberty Heritage Associates, Inc.

DATED: December 6, 2007