UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.                                1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN      ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

        Defendant.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew G. Parisi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | A. Peter Brodell |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA  23218-1320 |
| Phone Number: | 804-783-6433 |
| Fax Number: | 804-783-6507 |

A. Peter Brodell is a member in good standing of the Bar of the State of Virginia.

There are no pending disciplinary proceedings against A. Peter Brodell in any State or Federal Court.

Dated:      November 30, 2007
City, State:  White Plains, New York

Respectfully submitted,

Matthew G. Parisi (MGP-2188)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plaints, New York 10601
Phone Number: 914-949-2700
Fax Number: 914-683-6956

1522749v1

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

ALBERT PETER BRODELL

was admitted to practice as an attorney and counsellor at the bar of this Court on October 11, 1984.

I further certify that so far as the records of this office are concerned, ALBERT PETER BRODELL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of November
A.D. 2007

By: _____
*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.                                            1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN        ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

        Defendant.

### AFFIDAVIT OF MATTHEW G. PARISI
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York    )
                             ) ss:
County of New York )

Matthew G. Parisi, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Bleakley Platt & Schmidt, LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit A. Peter Brodell as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 7, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known A. Peter Brodell since June 2007.

4. Mr. Brodell is counsel at Williams Mullen in Richmond, Virginia.

5. I have found Mr. Brodell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of A. Peter Brodell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of A. Peter Brodell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit A. Peter Brodell, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:
City, State:     White Plains, New York

Respectfully submitted,

*[signature]*

Matthew G. Parisi (MGP-2188)
BLEAKLEY PLATT & SCHMIDT, LLP
One North Lexington Avenue
White Plaints, New York 10601
Phone Number: 914-949-2700
Fax Number: 914-683-6956

1522775v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.                                                                                  1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN          ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

        Defendant.

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Matthew G. Parisi, attorney for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    A. Peter Brodell
    Firm Name:    Williams Mullen
    Address:    1021 East Cary Street, P. O. Box 1320
    City/State/Zip:    Richmond, VA 23218-1320
    Phone Number:    804-783-6433
    Fax Number:    804-783-6507
    Email Address:    pbrodell@williamsmullen.com

is admitted to practice pro hac vice as counsel for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:    New York, New York

                                            United States District/Magistrate Judge