UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

           Plaintiff,

v.                                               1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN          ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

           Defendant.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew G. Parisi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | W. Scott Street, III |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA 23218-1320 |
| Phone Number: | 804-783-6411 |
| Fax Number: | 804-783-6507 |

W. Scott Street, III is a member in good standing of the Bar of the State of Virginia.

There are no pending disciplinary proceedings against W. Scott Street, III in any State or Federal Court.

Dated:      November 30, 2007
City, State: White Plains, New York

           Respectfully submitted,

           Matthew G. Parisi (MGP-2188)
           BLEAKLEY PLATT & SCHMIDT, LLP
           One North Lexington Avenue
           White Plaints, New York 10601
           Phone Number: 914-949-2700
           Fax Number: 914-683-6956

1522746v1

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

WALTER SCOTT STREET, III

was admitted to practice as an attorney and counsellor at the bar of this Court on June 10, 1968.

I further certify that so far as the records of this office are concerned, WALTER SCOTT STREET, III is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of November
A.D. 2007

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.                                                                        1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN                 ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

        Defendant.

### AFFIDAVIT OF MATTHEW G. PARISI
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York    )
                              )    ss:
County of New York  )

Matthew G. Parisi, being duly sworn, hereby deposes and says as follows:

1. I am counsel at Bleakley Platt & Schmidt, LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit W. Scott Street, III as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 7, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known W. Scott Street, III since June 2007.

4. Mr. Street is counsel at Williams Mullen in Richmond, Virginia.

5. I have found Mr. Street to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of W. Scott Street, III, pro hac vice.

7. I respectfully submit a proposed order granting the admission of W. Scott Street, III, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit W. Scott Street, III, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:        November 30, 2007
City, State:  White Plains, New York

                                  Respectfully submitted,

                                  _____
                                  Matthew G. Parisi (MGP-2188)
                                  BLEAKLEY PLATT & SCHMIDT, LLP
                                  One North Lexington Avenue
                                  White Plaints, New York 10601
                                  Phone Number: 914-949-2700
                                  Fax Number: 914-683-6956

1496826v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.                                              1:07-CV-4089 (rjs/dfe)

LIBERTY RIDGE, LLC (f/k/a AMERICAN       ECF CASE
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

        Defendant.

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Matthew G. Parisi, attorney for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | W. Scott Street, III |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA 23218-1320 |
| Phone Number: | 804-783-6411 |
| Fax Number: | 804-783-6507 |
| Email Address: | sstreet@williamsmullen.com |

is admitted to practice pro hac vice as counsel for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:    New York, New York

                                                                       United States District/Magistrate Judge

1522780v1