```
USDS SDNY
DOCUMENT
       ᵀRONICALLY FILED
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
ᵀ:    JFD· 12/17/07
```

GENERAL CAPITAL PARTNERS, LLC,

        Plaintiff,

v.

1:07-CV-4089 (ria/db) ( RJS )( DFE )

LIBERTY RIDGE, LLC (f/k/a AMERICAN
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

**ECF CASE**

        Defendant.

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Matthew G. Parisi, attorney for Liberty Ridge, LLC (f/k/a American Heritage

Communities/Liberty Village, LLC), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | W. Scott Street, III |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA  23218-1320 |
| Phone Number: | 804-783-6411 |
| Fax Number: | 804-783-6507 |
| Email Address: | sstreet@williamsmullen.com |

is admitted to practice pro hac vice as counsel for Liberty Ridge, LLC (f/k/a American Heritage

Communities/Liberty Village, LLC) in the above captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules

of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **Dec. 14, 2007**
City, State: New York, New York

United States District/Magistrate Judge

1522780v1