```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL CAPITAL PARTNERS, LLC,

    Plaintiff,

v.

LIBERTY RIDGE, LLC (f/k/a AMERICAN
HERITAGE COMMUNITIES/LIBERTY
VILLAGE, LLC),

    Defendant.

1:07-CV-4089 (RJS)(DFE)

ECF CASE

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Matthew G. Parisi, attorney for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Samuel T. Towell |
| Firm Name: | Williams Mullen |
| Address: | 1021 East Cary Street, P. O. Box 1320 |
| City/State/Zip: | Richmond, VA 23218-1320 |
| Phone Number: | 804-783-6919 |
| Fax Number: | 804-783-6507 |
| Email Address: | stowell@williamsmullen.com |

is admitted to practice pro hac vice as counsel for Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Dec. 14, 2007
City, State: New York, New York

United States District/Magistrate Judge

1522786v1