**McELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
88 Pine Street - 24th Floor
New York, New York 10005
Tel: (212) 483-9490
Fax: (212) 483-9129
Attorneys for Third-Party Defendant,
Liberty Heritage Associates, Inc.



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC, | : |
| | : CIVIL ACTION |
| Plaintiff, | : FILE NO. 1:07-CV-4089 (RJS/DFE) |
| | : |
| v. | : |
| | : ECF CASE |
| LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC), | : |
| | : ORDER GRANTING ADMISSION |
| | : OF JOHN P. LEONARD, ESQ. |
| Defendant/Third-Party Plaintiff, | : PRO HAC VICE |
| | : |
| v. | : |
| | : |
| LIBERTY HERITAGE ASSOCIATES, INC. | : |
| | : |
| Third-Party Defendant. | : |

Upon consideration of the motion for the admission *pro hac vice* of John P. Leonard, it is on this 10th day of January, 2008

ORDERED that said motion be, and it is hereby, GRANTED and John P. Leonard shall be admitted to the bar of this Court *pro hac vice*, for the limited purpose of participating in the captioned action.

IT IS FURTHER ORDERED that all attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this

action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
January 10, 2008

JOHN E. SPRIZZO
U.S. DISTRICT JUDGE

1-7-08

1031803-1                                  2