UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GENERAL CAPITAL PARTNERS LLC,

                Plaintiff,

-v-

LIBERTY RIDGE, LLC (f/k/a AMERICAN
HERITAGE COMMUNITY/LIBERTY VILLAGE,
LLC),

                Defendant.

No. 07 Civ. 4089 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the conference on April 7, 2008, the Court adopted the following schedule:

        Discovery in this case shall close on May 9, 2008. No further extensions of the discovery deadline will be granted absent compelling circumstances.

        Pre-motion letters, if any, shall be submitted to the Court by May 13, 2008. Responses to these letters shall be submitted by May 16, 2008. These letters shall be submitted in accordance with the Individual Practices of the undersigned.

        The Court shall hold a status conference on May 29, 2008 at 9:30 a.m.

SO ORDERED.

Dated:     April ⊥, 2008
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE