THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| | |
|---|---|
| GENERAL CAPITAL PARTNERS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>LIBERTY RIDGE, LLC (f/k/a AMERICAN HERITAGE COMMUNITIES/LIBERTY VILLAGE, LLC) <br><br>Defendant/ Third-Party Plaintiff, <br><br>v. <br><br>LIBERTY HERITAGE ASSOCIATES, INC. <br><br>Third-Party Defendant. | CIVIL ACTION <br> FILE NO. 1:07-CV-4089 (RJS)(DFE) <br><br><br><br> AGREED ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and (2), the undersigned agree that Defendant and Third-Party Plaintiff, Liberty Ridge, LLC ("Liberty Ridge") hereby voluntarily discontinues the above captioned third party action and dismisses with prejudice its claims against Third Party Defendant Liberty Heritage Associates, Inc. ("LHA"), with each party to bear its own attorneys' fees and costs.

BLEAKLEY PLATT & SCHMIDT LLP

_[signature]_

By:   Matthew G. Parisi (MP 2188)
      *Counsel for Third-party Plaintiff*
      One North Lexington Avenue
      White Plains, NY 10601

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

_[signature]_

By:   John P. Leonard
      Counsel for Third-party Defendant
      1300 Mt. Kemble Avenue, Box 2075
      Morristown, NJ 07962-2075

ARENT FOX LLP

By: Christopher J. Giaimo
*Counsel for First Plaintiff*
1050 Connecticut Ave. NW
Washington, D.C. 20036

SO ORDERED:

4/7/08

Hon. Richard J. Sullivan
United States District Court

2