**MCELROY, DEUTSCH, MULVANEY, & CARPENTER, LLP**
88 Pine Street
24th Floor
New York, New York 1005
Tel: (212) 483-9490

Attorneys for Defendant,
Liberty Ridge, LLC

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GENERAL CAPITAL PARTNERS, LLC,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | **FILE NO. 07-4089 (RJS/DFE)** |
| : | |
| v. : | |
| : | |
| **LIBERTY RIDGE, LLC (f/k/a AMERICAN** : | **NOTICE OF APPEARANCE** |
| **HERITAGE COMMUNITIES/LIBERTY** : | |
| **VILLAGE, LLC),** : | |
| : | **Document Electronically Filed** |
| **Defendant** : | |

     John P. Leonard, Esq., of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Defendant Liberty Ridge, LLC.

                                 By:    /s/ John P. Leonard_____
                                        Brian Carey (admitted Pro Hac Vice)
                                        McElroy, Deutsch, Mulvaney & Carpenter, LLP
                                        88 Pine Street
                                        24th Floor
                                        New York, New York 1005
                                        Tel: (212) 483-9490
                                        Fax: (212) 483-9129
                                        Email: Jleonard@mdmc-law.com

                                        Attorneys for Defendant,
                                        Liberty Ridge, LLC

DATED: April 14, 2008