UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

---

General Capital Partners, LLC,

      Plaintiff,

-v-

Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC)

      Defendant.

No. 07 Civ. 4089 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    Upon a request of the parties, the Court adopts the following schedule:

        Discovery in this case shall close on May 16, 2008. No further extensions of the discovery deadline will be granted.

        Pre-motion letters, if any, shall be submitted to the Court by May 21, 2008. Responses to these letters shall be submitted by May 27, 2008. These letters shall be submitted in accordance with the Individual Practices of the undersigned.

        The Court shall hold a status conference on May 29, 23008 at 9:30 a.m.

SO ORDERED.

Dated:    ~~April~~ May 6, 2008
          New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES DISTRICT JUDGE