```
                                                    USDS SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

General Capital Partners, LLC,

　　　　Plaintiff,

-v-

Liberty Ridge, LLC (f/k/a American Heritage Communities/Liberty Village, LLC)

　　　　Defendant.

---

No. 1:07-CV-4089 (RJS)(DFE)

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff General Capital Partners, LLC and Defendant Liberty Ridge, LLC, by their undersigned counsel, that the claims asserted in the above-captioned case be and hereby are dismissed with prejudice. Each party to bear its own costs.

By: _____
Christopher J. Giaimo (CJG 2260)
ARENT FOX LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036
*Attorneys for Plaintiff*

By: _____
John P. Leonard (*Pro Hac Vice*)
Scott S. Flynn (*Pro Hac Vice*)
MCELROY, DEUTSCH, MULVANEY
　& CARPENTER, LLP
1300 Mount Kemble Ave.
Morristown, New Jersey 07962-2075
*Attorneys for Defendant*

SO ORDERED.

Dated:　　May 29, 2008
　　　　　New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

GENBUS/612431.1